UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RODRIGUEZ, EDGARDO STEPHEN | ) | CASE NO.: 08-23907 |
| RODRIGUEZ, MARSHA | ) | CHAPTER 7 BANKRUPTCY |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Comes now Daniel L. Freeland and respectfully represents and shows:

1. That I am the Trustee for the estate of the above-named Debtor(s).

2. That pursuant to my calculations of the Debtors' 2008 Federal tax refund and the post-petition earnings from the same, I made distribution to the Debtors and in the amount set out herein.

3. That said payment checks, namely Check No. 102, dated May 21, 2009, in the amount of $10.82 was mailed to the Debtors in care of their counsel.

4. That said check has never been presented for payment and is therefore stale, and pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court; and accordingly I am tendering herewith my Check No. 103 in said amount payable to the Clerk, U.S. Bankruptcy Court.

Dated September 3, 2009

/s/ Daniel L. Freeland
Daniel L. Freeland, Trustee
9105 Indianapolis Boulevard
Highland, IN 46322
Telephone: (219) 922-0800

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2009, service of a true and complete copy of the above document was served by:

Electronic Notice on:
United States Trustee
Lavita R. Ball

and by regular first class mail upon:
Edguardo and Marsha Rodriguez, 6703 Tyler St., Merrillville, IN 46410

/s/ Daniel L. Freeland
Daniel L. Freeland, Trustee